UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| SHAWNDRELL D. DORSEY, | ) |
| Petitioner, | ) Case No. 4:05-cv-150 |
| v. | ) |
| | ) Honorable Richard Alan Enslen |
| KENNETH McKEE, | ) |
| | ) **ORDER DENYING APPLICATION** |
| Respondent. | ) **TO PROCEED IN FORMA PAUPERIS** |

This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254. Petitioner has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence. The filing fee for a habeas corpus action is $5.00. 28 U.S.C. § 1914(a). The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). It is not unreasonable to require a prisoner to devote a small portion of his discretionary funds to defray a fraction of the costs of his litigation. *See Lumbert v. Illinois Dep't of Corr.*, 827 F.2d 257, 267 (7th Cir. 1987).

Petitioner has filed a trust account statement, which shows that over the past six months Petitioner has had an average monthly deposit of $68.85. At the time of filing his petition, Petitioner had a spendable balance of $24.02. Petitioner's financial documents indicate that he has sufficient resources to pay the $5.00 filing fee. Therefore, Petitioner is not entitled to proceed *in forma pauperis* in this action. Petitioner has thirty days from the date of entry of this order to pay

the $5.00 filing fee. If Petitioner fails to pay the filing fee within the thirty-day period, his case will be dismissed without prejudice. Accordingly:

**IT IS HEREBY ORDERED** that Petitioner's application for leave to proceed *in forma pauperis* (Dkt. No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that within thirty days hereof, Petitioner shall pay the $5.00 filing fee to the Clerk of this Court. Petitioner's failure to comply with this order will result in dismissal of this case without prejudice

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>January 9, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**