UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWNDRELL DORSEY,

       Petitioner,

                                                        Case No.: 4:05-cv-150

v.

                                                        HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

       Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is dismissed.


Dated: May 27, 2008                                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge